UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**CHANDRA SLOAN,**

 Plaintiff,

                  Civil No. **10-10356**
                  Hon. John Feikens

 v.

**TRANS UNION, LLC, et al**

 Defendants.

_____/

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **4/22/2010**, and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is adopted. Defendants Gambilland and Robert are

DISMISSED and Defendant Smith is DISMISSED *sua sponte.*

                **s/John Feikens**
                John Feikens
                United States District Judge

Dated: May 13, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on May 13, 2010.

s/Carol Cohron
Deputy Clerk