UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION


**CHANDRA SLOAN**
        Plaintiff,

                                                         Civil No. **10-10356**
                                                         Hon. John Feikens

        v.

**TRANS UNION, LLC, et al,**

        Defendants.

_____/


**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION**

The Court having reviewed the Magistrate Judge's Report and Recommendation, filed on **6/23/2010,** and noted that no objections were filed by either party,

**IT IS ORDERED** that the Report is adopted and entered as the findings and conclusions of this court.


                                                        **s/John Feikens**
                                                        John Feikens
                                                        United States District Judge

Dated: July 15, 2010

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on July 15, 2010.

s/Carol Cohron
Deputy Clerk